AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH FACEBOOK<br>ACCOUNTS WITH USER IDENTIFICATION<br>100010459814749 AND 100014609502386 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>MJ18- 5157 |

```
┌──────────────────────────────────┐
│ ___ FILED ___ LODGED             │
│ _____ RECEIVED                  │
│                                  │
│        JUN 1 9 2018              │
│                                  │
│       CLERK U.S. DISTRICT COURT  │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY                        DEPUTY │
└──────────────────────────────────┘
```

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated herein by reference.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1073 | Unlawful Flight to Avoid Prosecution |

The application is based on these facts:

See Affidavit of FBI Special Agent Terrance G. Postma, attached hereto and incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Terrance G. Postma*
*Applicant's signature*

Terrance G. Postma, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____06/19/2018_____

*Theresa L. Fricke*
*Judge's signature*

City and state: Tacoma, Washington

Hon. Theresa L. Fricke United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

1

2 STATE OF WASHINGTON    )

3                         )     ss

4 COUNTY OF PIERCE      )

5

6       I, Terrance G. Postma, being first duly sworn, hereby depose and state as follows:

7 **BACKGROUND**

8     1.      I have been employed as a Special Agent of the FBI since June 2002 and

9 am currently assigned to the Seattle Division's Tacoma Resident Agency.  I am

10 responsible for investigations of violent crime, fugitives, and bank robbery.  As a federal

11 agent, I am authorized to investigate violations of laws of the United States and to

12 execute warrants issued under the authority of the United States.

13     2.      The facts in this affidavit come from my personal observations, my

14 training and experience, and information obtained from other agents and witnesses. This

15 affidavit is intended to show merely that there is sufficient probable cause for the

16 requested warrant and does not set forth all of my knowledge about this matter.

17     3.      Based on my training and experience and the facts as set forth in this

18 affidavit, there is probable cause to search the information described in Attachment A for

19 the purpose of locating and apprehending Santiago Mederos who has a federal arrest

20 warrant issued in the Western District of Washington for a charge of Unlawful Flight to

21 Avoid Prosecution, Title 18, United States Code, Sections 1073 (MJ16-5179) arising

22 from his flight from the Western District of Washington to avoid charges of murder, as

23 described below.  There is also probable cause to search the information described in

24 Attachment A for evidence in the fugitive investigation, as described in Attachment B.

25 **PURPOSE OF AFFIDAVIT**

26     4.      I make this affidavit in support of an application for a search warrant for

27 information associated with the following Facebook accounts:

28

AFFIDAVIT OF TERRANCE POSTMA – 1
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1        (1) Facebook user ID 100010459814749 (Subject Account 1), registered under

2  the name El Chuie, but for the reasons provided below, is believed to belong to Jesus

3  Mederos; and

4        (2) Facebook user ID 100014609502386 (Subject Account 2), registered under

5  the name Gordo Mvj, but for the reasons provided below, is believed to belong to Jesus

6  Mederos.

7      5.     All of the requested information is stored at premises owned, maintained,

8  controlled, or operated by Facebook, a social networking company headquartered in

9  Menlo Park, California.  The information to be searched is described in the following

10  paragraphs and in Attachment A.  This affidavit is made in support of an application for a

11  search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require

12  Facebook to disclose to the government records and other information in its possession,

13  pertaining to the subscriber or customer associated with Subject Accounts.

**PRIOR APPLICATIONS**

15      6.     Previous applications for Subject Account 1 were submitted on December

16  30, 2016 (MJ16-5241) and March 22, 2017 (MJ17-5053), and for Subject Account 2 on

17  March 22, 2017 (MJ17-5053).  A prior application for both Subject Accounts was also

18  submitted on March 9, 2018, and a warrant was issued the same day under Case No.

19  MJ18-5050.  A new warrant is necessary to capture any new activity on the Subject

20  Accounts since March 9, 2018.

**SUMMARY OF PROBABLE CAUSE**

22      7.     In 2010, Santiago Mederos fled from Tacoma to Mexico after the murder

23  of Camille Love and Jose Lucas.  Santiago Mederos has outstanding warrants for the

24  respective murders, and this Court has charged him for violation of Unlawful Flight to

25  Avoid Prosecution, Title 18, United States Code, Sections 1073 on September 30, 2016

26  under Case No. MJ16-5179.

27      8.     Investigation by law enforcement has revealed that Facebook accounts

28  believed to belong to Jesus Mederos, brother of Santiago Mederos, have been accessed

AFFIDAVIT OF TERRANCE POSTMA – 2
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  since Jesus's May 2017 arrest in Mexico.  Facebook activity of the Subject Accounts

2  prior to his arrest shows that Jesus Mederos is in regular communication with his

3  siblings, including Joni and Roberto Mederos, and other friends and relatives.  Because

4  evidence of the location of Santiago Mederos, or those in contact with him, would be

5  helpful in the investigation, the government seeks information from the Facebook

6  accounts associated with Jesus Mederos, brother of Santiago Mederos, as described

7  below.

## STATEMENT OF PROBABLE CAUSE

## A. SANTIAGO MEDEROS AND THE LOVE AND LUCAS MURDERS

10  9.       On February 7, 2010, Tacoma Police Department (TPD) officers

11  responded to the 5900 block of Portland Avenue regarding a shooting.  At the scene, TPD

12  officers and detectives discovered that Camile Love was the shooting victim.  Love died

13  from the injuries sustained in the shooting.  Based on interviews of witnesses and

14  informants who admitted to participation in the shooting, the TPD detectives concluded

15  that Santiago Mederos was the prime suspect in Love's murder and that the shooting was

16  a result of a gang turf war.

17  10.      On March 25, 2010, a homicide occurred within the city of Tacoma.  TPD

18  detectives identified the homicide victim as Jose Saul Lucas and identified the prime

19  suspect in his murder as Santiago Mederos.  Based on interviews of two witnesses, TPD

20  detectives concluded that Santiago Mederos, a known member of the Eastside Lokotes

21  Sureños (ELS) gang, and four other ELS gang members went to the residence of a rival

22  gang member, Reynaldo Orozco, to collect money.  When they could not find the rival

23  gang member, they broke into and damaged Orozco's car, which was parked at the

24  residence.  When three individuals, who lived with Orozco, realized that the ELS gang

25  members were vandalizing Orozco's vehicle, they confronted the gang members and a

26  fight ensued.  While attempting to flee the scene, Santiago Mederos and his accomplices

27  fired a single gunshot, which struck and killed one of Orozco's roommates, Jose Saul

28  Lucas.

AFFIDAVIT OF TERRANCE POSTMA – 3
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1        11.      As a result of their initial investigation, TPD detectives obtained an arrest

2   warrant for Santiago Mederos for his involvement in the homicide.  Further investigation,

3   to include interviews with witnesses, friends and family members, revealed that Santiago

4   Mederos is aware that he has a warrant for his arrest and has subsequently gone into

5   hiding.

6        12.      Ashley Rios, a friend of Santiago Mederos, stated in an interview with

7   TPD detectives that she travelled to Mexico with Santiago Mederos, travelling to his

8   Aunt's residence in Guerrero, Mexico, shortly after the Lucas murder.

9        13.      Efforts to date to locate Santiago Mederos in Mexico have been

10   unsuccessful.

11   **B. SUBJECT ACCOUNTS**

12        14.      The investigation into the whereabouts of Santiago Mederos has revealed

13   that his brother, Jesus Mederos, has used several Facebook profiles as described in more

14   detail below.  In summary, it appears that Jesus Mederos uses Subject Account 1 under

15   the alias El Chuie and Subject Account 2 under the alias Gordo Mvj.

16        15.      Subject Account 1 is registered under the name "El Chuie," which is a

17   popular nickname for Jesus, and it lists active ELS gang members and classmates from

18   Lincoln High School, the school he attended in Tacoma, Washington, as friends.  The

19   user of Subject Account 1 "liked" comments posted by Mederos relatives Isa Villalva,

20   aunt to Jesus Mederos, and Rob Mederos, brother to Jesus Mederos.  Although the

21   account holder appears to be a member of the Mederos family with the name Jesus and

22   with ties to Lincoln High School and ELS, the profile picture is a female cartoon

23   character holding a gun.  Returns from the prior search warrant reveal extensive

24   conversations between Subject Account 1 and Robz Mederos, alias for Roberto Mederos,

25   brother of Santiago and Jesus Mederos.  The conversations includes references to a

26   shared parents. For example, on November 4, 2016, Subject Account 1 sent a message to

27   Roberto Mederos, "Orale [which is Spanish slang for hey] have you talked to mom and

28   dad" to which Roberto Mederos said no. On December 1, 2015, Subject Account 1 sent a

AFFIDAVIT OF TERRANCE POSTMA – 4
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 │ photo to a female friend, and the photo depicts Jesus Mederos in a baseball cap with a

2 │ unique design of a white checkerboard pattern with a black rectangular logo.

3 │     16.    Subject Account 2 is registered under the name Gordo Mvj, but as

4 │ indicated in a prior search warrant return (MJ17-5053), Subject Account 2 shared a

5 │ cookie with Subject Account 1, which indicates that the user of Subject Account 1 is

6 │ Jesus Mederos or someone in contact with Jesus Mederos. The profile picture for Subject

7 │ Account 2 posted on February 13, 2017, depicts a man in the same baseball cap used by

8 │ Subject Account 1 as described above. The face of the man is obscured by dark lighting

9 │ and by the bill of the cap, but the features are consistent with Jesus Mederos.

10 │     17.    Jesus Mederos is currently being held at the Reclusorio Preventivo

11 │ Varonil Sur Prison in Mexico City awaiting extradition to the Western District of

12 │ Washington where he is charged with Unlawful Flight to Avoid Prosecution, Title 18,

13 │ United States Code, Section 1073 (MJ16-5238). Since his arrest, Subject Account 1 has

14 │ posted activity such as adding friends. Investigators believe that Jesus Mederos is

15 │ accessing his account(s) from prison.

16 │ **C. FACEBOOK INFORMATION STORAGE**

17 │     18.    I am aware from my experience and training, and consultation with other

18 │ investigators, of the following information about Facebook:

19 │     19.    Facebook owns and operates a free-access social networking website of

20 │ the same name that can be accessed at http://www.facebook.com. Facebook allows its

21 │ users to establish accounts with Facebook, and users can then use their accounts to share

22 │ written news, photographs, videos, and other information with other Facebook users, and

23 │ sometimes with the general public.

24 │     20.    Facebook asks users to provide basic contact and personal identifying

25 │ information to Facebook, either during the registration process or thereafter. This

26 │ information may include the user's full name, birth date, gender, contact e-mail

27 │ addresses, Facebook passwords, Facebook security questions and answers (for password

28 │ retrieval), physical address (including city, state, and zip code), telephone numbers,

AFFIDAVIT OF TERRANCE POSTMA – 5
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  screen names, websites, and other personal identifiers.  Facebook also assigns a user

2  identification number to each account.

3        21.     I know from speaking with other law enforcement that "cookies" are

4  small files placed by a server (such as those used by Facebook) on a device to track the

5  user and potentially verify a user's authentication status across multiple sites or

6  webpages.  This cookie could be unique to a particular account (e.g., the Facebook

7  account) or to a given device (e.g., the particular phone used to access the Facebook

8  account). The next time a user visits a particular site or server, the server will ask for

9  certain cookies to see if the server has interacted with that user before.  Cookies can also

10  be used to determine "machine cookie overlap," or multiple accounts that have been

11  accessed by the same individual machine (e.g., two Facebook accounts that have been

12  accessed on the same phone).  The machine cookie overlap thus allows Facebook to track

13  accounts that are "linked" to each other because the same user account (username on a

14  computer) on the same device accessed multiple Facebook accounts.  This can identify

15  either multiple Facebook accounts used by the same person or used by different people

16  sharing the same user account and device.  In either case, the machine cookie overlap

17  means that the users of the linked accounts are the same person or two people in close

18  proximity to each other.

19        22.     Facebook users may join one or more groups or networks to connect and

20  interact with other users who are members of the same group or network.  Facebook

21  assigns a group identification number to each group.  A Facebook user can also connect

22  directly with individual Facebook users by sending each user a "Friend Request."  If the

23  recipient of a "Friend Request" accepts the request, then the two users will become

24  "Friends" for purposes of Facebook and can exchange communications or view

25  information about each other.  Each Facebook user's account includes a list of that user's

26  "Friends" and a "News Feed," which highlights information about the user's "Friends,"

27  such as profile changes, upcoming events, and birthdays.

28

AFFIDAVIT OF TERRANCE POSTMA – 6
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

23.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

24.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.  A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

25.     Facebook allows users to upload photos and videos.  It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video.  When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

26.     Facebook users can exchange private messages on Facebook with other users.  These messages, which are similar to e-mail messages, are sent to the recipient's

AFFIDAVIT OF TERRANCE POSTMA – 7
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well

2  as other information.  Facebook users can also post comments on the Facebook profiles

3  of other users or on their own profiles; such comments are typically associated with a

4  specific posting or item on the profile.  In addition, Facebook has a Chat feature that

5  allows users to send and receive instant messages through Facebook.  These chat

6  communications are stored in the chat history for the account.  Facebook also has a Video

7  Calling feature, and although Facebook does not record the calls themselves, it does keep

8  records of the date of each call.

9        27.     If a Facebook user does not want to interact with another user on

10  Facebook, the first user can "block" the second user from seeing his or her account.

11        28.     Facebook has a "like" feature that allows users to give positive feedback

12  or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as

13  well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook

14  users can also become "fans" of particular Facebook pages.

15        29.     Facebook has a search function that enables its users to search Facebook

16  for keywords, usernames, or pages, among other things.

17        30.     Each Facebook account has an activity log, which is a list of the user's

18  posts and other Facebook activities from the inception of the account to the present.  The

19  activity log includes stories and photos that the user has been tagged in, as well as

20  connections made through the account, such as "liking" a Facebook page or adding

21  someone as a friend.  The activity log is visible to the user but cannot be viewed by

22  people who visit the user's Facebook page.

23        31.     Facebook Notes is a blogging feature available to Facebook users, and it

24  enables users to write and post notes or personal web logs ("blogs"), or to import their

25  blogs from other services, such as Xanga, LiveJournal, and Blogger.

26        32.     The Facebook Gifts feature allows users to send virtual "gifts" to their

27  friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase,

28  and a personalized message can be attached to each gift.  Facebook users can also send

AFFIDAVIT OF TERRANCE POSTMA – 8
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  each other "pokes," which are free and simply result in a notification to the recipient that

2  he or she has been "poked" by the sender.

3      33.    Facebook also has a Marketplace feature, which allows users to post free

4  classified ads.  Users can post items for sale, housing, jobs, and other items on the

5  Marketplace.

6      34.    In addition to the applications described above, Facebook also provides

7  its users with access to thousands of other applications on the Facebook platform.  When

8  a Facebook user accesses or uses one of these applications, an update about that the

9  user's access or use of that application may appear on the user's profile page.

10      35.    Some Facebook pages are affiliated with groups of users, rather than one

11  individual user.  Membership in the group is monitored and regulated by the

12  administrator or head of the group, who can invite new members and reject or accept

13  requests by users to enter.  Facebook can identify all users who are currently registered to

14  a particular group and can identify the administrator and/or creator of the group.

15  Facebook uses the term "Group Contact Info" to describe the contact information for the

16  group's creator and/or administrator, as well as a PDF of the current status of the group

17  profile page.

18      36.    Facebook uses the term "Neoprint" to describe an expanded view of a

19  given user profile.  The "Neoprint" for a given user can include the following information

20  from the user's profile:  profile contact information; News Feed information; status

21  updates; links to videos, photographs, articles, and other items; Notes; Wall postings;

22  friend lists, including the friends' Facebook user identification numbers; groups and

23  networks of which the user is a member, including the groups' Facebook group

24  identification numbers; future and past event postings; rejected "Friend" requests;

25  comments; gifts; pokes; tags; and information about the user's access and use of

26  Facebook applications.

27      37.    Facebook also retains Internet Protocol ("IP") logs for a given user ID or

28  IP address.  These logs may contain information about the actions taken by the user ID or

AFFIDAVIT OF TERRANCE POSTMA – 9
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | IP address on Facebook, including information about the type of action, the date and time

2 | of the action, and the user ID and IP address associated with the action.  For example, if a

3 | user views a Facebook profile, that user's IP log would reflect the fact that the user

4 | viewed the profile, and would show when and from what IP address the user did so.

5 | 38.      Social networking providers like Facebook typically retain additional

6 | information about their users' accounts, such as information about the length of service

7 | (including start date), the types of service utilized, and the means and source of any

8 | payments associated with the service (including any credit card or bank account number).

9 | In some cases, Facebook users may communicate directly with Facebook about issues

10 | relating to their accounts, such as technical problems, billing inquiries, or complaints

11 | from other users.  Social networking providers like Facebook typically retain records

12 | about such communications, including records of contacts between the user and the

13 | provider's support services, as well as records of any actions taken by the provider or

14 | user as a result of the communications.

15 | 39.      Therefore, the computers of Facebook are likely to contain all the material

16 | described above, including stored electronic communications and information concerning

17 | subscribers and their use of Facebook, such as account access information, transaction

18 | information, and other account information.  I believe such information is likely to help

19 | me locate the fugitive described in this affidavit.

20 | **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

21 | 40.      I anticipate executing this warrant under the Electronic Communications

22 | Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by

23 | using the warrant to require Facebook to disclose to the government copies of the records

24 | and other information (including the content of communications) particularly described in

25 | Section I of Attachment B.  Upon receipt of the information described in Section I of

26 | Attachment B, government-authorized persons will review that information to locate the

27 | items described in Section II of Attachment B.

28 |

AFFIDAVIT OF TERRANCE POSTMA – 10
USAO #2016R01184

1    41.    As indicated in the Motion for Nondisclosure and Motion to Seal that

2   accompany this affidavit, the government requests, pursuant to the preclusion of notice

3   provisions of Title 18, United States Code, Section 2705(b), that Facebook be ordered not

4   to notify any person (including the subscriber or customer to which the materials relate)

5   of the existence of this warrant for such period as the Court deems appropriate.  The

6   government submits that such an order is justified because notification of the existence of

7   this Order would seriously jeopardize the ongoing investigation.  Such a disclosure would

8   give the subscriber an opportunity to destroy evidence, change patterns of behavior,

9   notify confederates, or flee or continue his flight from prosecution.

10    42.    It is further respectfully requested that this Court issue an order sealing all

11   papers submitted in support of this application, including the application and search

12   warrant until such dates as provided in the proposed Order.  I believe that sealing this

13   document is necessary because the items and information to be seized are relevant to an

14   ongoing investigation.  Premature disclosure of the contents of this affidavit and related

15   documents may have a significant and negative impact on the continuing investigation

16   and may severely jeopardize its effectiveness.

17   //

18

19   //

20

21   //

22

23   //

24

25   //

26

27   //

28

AFFIDAVIT OF TERRANCE POSTMA – 11
USAO #2016R01184

1

**CONCLUSION**

2      43.      Based on the forgoing, I request that the Court issue the proposed search

3 warrant.  This Court has jurisdiction to issue the requested warrant because it is "a court

4 of competent jurisdiction" as defined by 18 U.S.C. § 2711.  *See* 18 U.S.C. §§ 2703(a),

5 (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . .

6 that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

7 Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not

8 required for the service or execution of this warrant.  Accordingly, by this Affidavit and

9 Warrant, I seek authority for the government to search all of the items specified in

10 Section I, Attachment B (attached hereto and incorporated by reference herein) to the

11 Warrant, and specifically to seize all of the data, documents and records that are

12 identified in Section II to that same Attachment.

13

14      DATED this 19th day of June, 2018.

15

16                              *Terrance G. Postma*

17                              Terrance G. Postma
                                Special Agent
18                              Federal Bureau of Investigation

19

20      The above-named agent provided a sworn statement attesting to the truth of the

21 contents of the foregoing affidavit on this 19th day of June, 2018.

22

23                              *Theresa L. Fricke*

24                              HON. THERESA L. FRICKE
                                United States Magistrate Judge
25

26

27

28

AFFIDAVIT OF TERRANCE POSTMA – 12
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with the following ten accounts, each identified by Facebook user ID: (1) 100010459814749; and (2) 100014609502386, for all such information that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.  This warrant is limited to information created after March 22, 2017.

ATTACHMENT A
PROPERTY TO BE SEARCHED                                     – 1
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

   A.  The following information about the customers or subscribers of the Subject Accounts:

     (a)     User Neoprint - all user contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers associated with the current profile information, and all wall postings and messages to and from the user.

     (b)     All activity logs for the Subject Accounts and all other documents showing the user's posts and other Facebook activities;

     (c)     User photoprint and videos - all photos and videos uploaded, "liked", or tagged by the user, along with all photos uploaded by any user which have the user tagged in them, any associated photos or links to photos in their original format, including all original meta-data or "EXIF" information;

     (d)     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend and family lists, including the friend and family Facebook user

1        identification numbers; groups and networks of which the user is a member,

2        including the groups' Facebook group identification numbers; future and

3        past event postings; rejected "Friend" requests; comments; gifts; pokes;

4        tags; and information about the user's access and use of Facebook

5        applications;

6   (e)   All other records of communications and messages made or received by the

7        user, including all private messages, chat history, calling history, and

8        pending "Friend" requests;

9   (f)   All "check ins" and other location information;

10  (g)   I.P. Logs - all IP logs showing log-in and log-off and intraconnection I.P.

11        activity including I.P. addresses and date/time stamps for account accesses

12        as well as account creation I.P. address, date, and time.  Provide source port

13        information for each I.P. log-in and log-off event for the Subject Accounts;

14  (h)   All records of the Subject Accounts' usage of the "Like" feature, including

15        all Facebook posts and all non-Facebook webpages and content that the

16        user has "liked";

17  (i)   All information about the Facebook pages that each Subject Account is or

18        was a "fan" of;

19  (j)   User Friends List/Information – provide a full list of all past and present

20        friends for the Subject Accounts, including all messages and postings

21        between accounts and listed friends;

22  (k)   All records of Facebook searches performed by the Subject Accounts;

23  (l)   All information about the user's access and use of Facebook Marketplace;

24  (m)  The types of service utilized by the user;

25  (n)   The length of service (including start date);

26  (o)   The means and source of payment for such service (including any credit

27        card or bank account number) and billing records;

28

ATTACHMENT A
PROPERTY TO BE SEARCHED      – 2 –      UNITED STATES ATTORNEY
USAO #2016R01184                      1201 PACIFIC AVENUE, SUITE 700
                                            TACOMA, WASHINGTON 98402
                                              (253) 428-3800

1    (p)    All privacy settings and other account settings, including privacy settings

2           for individual Facebook posts and activities, and all records showing which

3           Facebook users have been blocked by the Subject Accounts;

4    (q)    All records pertaining to communications between Facebook and any

5           person regarding the user or the user's Facebook account, including

6           contacts with support services and records of actions taken;

7    (r)    Names (including subscriber names, Facebook user IDs, and screen

8           names);

9    (s)    Addresses (including mailing addresses, residential addresses, business

10          addresses, and e-mail addresses);

11   (t)    Local and long distance telephone connection records;

12   (u)    Push Tokens - any unique identifiers that would assist in identifying the

13          device(s) associated with the Subject Accounts, including push notification

14          tokens associated with the Subject Accounts (including Apple Push

15          Notification (APN), Google Cloud Messaging (GCM), Microsoft Push

16          Notification Service (MPNS), Windows Push Notification Service (WNS),

17          Amazon Device Messaging (ADM), and Baidu Cloud Push, phone

18          numbers, IMEI/ESN, serial numbers, instrument numbers), MAC

19          addresses, IP addresses, email addresses, and subscriber information;

20   (v)    Records of session times and durations, and the temporarily assigned

21          network addresses (such as Internet Protocol ("IP" addresses) associated

22          with those sessions along with time, type, machine (including MAC

23          addresses) cookie, city, region, country, device, and browser;

24   (w)    Facial recognition data;

25   (x)    Linked accounts;

26   (y)    Family members associated with the user of each Subject Account;

27   (z)    Work of the user of each Subject Account;

28   (aa)   Telephone or instrument numbers or identities (including MAC addresses);

ATTACHMENT A
PROPERTY TO BE SEARCHED                    – 3 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   (bb) Other subscriber numbers or identities (including temporarily assigned
2      network addresses and registration IP addresses);
3   (cc) User Contact Information – all user contact information input by the user
4      including name, birthdate, contact email address(es), other related email
5      addresses, address, city, state, zip code, all phone numbers, screen name(s),
6      and website information, to include basic subscriber information and
7      expanded subscriber information;
8   (dd) Group Contact Information – a list of the user's currently registered groups;
9   (ee) Location Information – all information pertaining to location data for the
10      Subject Accounts, including but not limited to geo-location data and all
11      other geo-tagging or geo-location related information;
12   (ff) Device Information – all information pertaining to devices used to upload
13      photos, posts, messages, or updates, including but not limited to Apple
14      UDID, mobile phone number, mobile device ID numbers, and all other
15      information related to the devices;
16   (gg) Poke Information – all information pertaining to "pokes" initiated by or
17      received by the Subject Accounts;
18   (hh) Private Messages – all information pertaining to any and all private
19      messages to include content, call logs, and location information for the
20      Subject Accounts; and
21   (ii) Facebook Messenger – all information pertaining to any and all incoming
22      and outgoing Facebook messenger text strings and conversations for the
23      Subject Accounts.
24  B. All records and other information (not including the contents of communications)
25   relating to the Subject Accounts, including:
26   (a) Records of user activity for each connection activity for each connection
27      made to or from the Subject Accounts, including log files; messaging logs;
28

ATTACHMENT A
PROPERTY TO BE SEARCHED    – 4 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

the date, time, length, and method of connections; data transfer volume;

user names; and source and destination of Internet Protocol addresses;

(b)    Information about each communication sent or received by the Subject

Accounts, including the date and time of the communication, the method of

the communication (such as source and destination email addresses, IP

addresses, and telephone numbers); and

(c)    Records of any Facebook accounts that are linked to the Subject Accounts

by machine cookies (meaning all Facebook user IDs that logged into

Facebook by the same machine or device as each Subject Account).

## II.    Information to be seized by the government

All evidence of the crime of Unlawful Flight to Avoid Prosecution, Title 18, United

States Code, Sections 1073, and any information indicating the location of Santiago

Mederos, including, for each account identified in Attachment A, information pertaining

to the following matters:

(a) Any content including e-mails, messages, texts, photographs (including

metadata), videos (including metadata), visual images, documents,

spreadsheets, address lists, contact lists or communications of any type

which could be used to identify the user and or their location.

(b) Records relating to who created, used, or communicated with the user ID,

including records about their identities and whereabouts.

(c) All subscriber records associated with the Subject Accounts, including

name, address, local and long distance telephone connection records, or

records of session times and durations, length of service (including start

date) and types of service utilized, telephone or instrument number or other

subscriber number or identity, including any temporarily assigned network

address, and means and source of payment for such service including any

credit card or bank account number.

ATTACHMENT A
PROPERTY TO BE SEARCHED        – 5
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1       (d) Any and all other log records, including IP address captures, associated

2           with the Subject Accounts;

3       (e) Any records of communications between Facebook and any person about

4           issues relating to the account, such as technical problems, billing inquiries,

5           or complaints from other users about any of the Subject Accounts. This is

6           to include records of contacts between the subscriber and the provider's

7           support services, as well as records of any actions taken by the provider or

8           subscriber as a result of the communications.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT A
PROPERTY TO BE SEARCHED       – 6 –       UNITED STATES ATTORNEY
USAO #2016R01184                           1201 PACIFIC AVENUE, SUITE 700
                                            TACOMA, WASHINGTON 98402
                                               (253) 428-3800

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _____, attest, under penalties of perjury

under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the

information contained in this declaration is true and correct.  I am employed by

Facebook, and my official title is _____.  I am a custodian

of records for Facebook.  I state that each of the records attached hereto is the original

record or a true duplicate of the original record in the custody of Facebook, and that I am

the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I

further state that:

a.      all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth, by, or from information transmitted by, a person with

knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business

activity of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the

Federal Rules of Evidence.

_____          _____

Date                                                    Signature

ATTACHMENT B
PROPERTY TO BE SEIZED                              – 1
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800